IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDUARDO GUTIERREZ,

      Petitioner,               No. CIV S-09-2030 EFB P

      vs.

MIKE MCDONALD,

      Respondent.             ORDER

_____/

      Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254.

      Petitioner challenges a conviction in the Kern County Superior Court and so this action should have been commenced in the district court in Fresno. Local Rule 3-120(d).

      Accordingly, it is hereby ordered that:

      1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

      2. The Clerk of Court shall assign a new case number.

////

////

////

////

1  3. All future filings shall bear the new case number and shall be filed at:

2   United States District Court
    Eastern District of California
3   2500 Tulare Street
    Fresno, CA 93721
4

5  DATED: November 5, 2009.

6   _____
    EDMUND F. BRENNAN
7   UNITED STATES MAGISTRATE JUDGE

2